IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | MJ 21- 05 -H-KLD |
| v. | ORDER |
| ROBERT RAYMOND FASUGA | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint and Affidavit in Support of Complaint filed herein, are SEALED.

IT IS FURTHER ORDERED that the complaint and affidavit in this matter may be unsealed upon initial appearance on the complaint.

DATED this 22nd day of March 2021.

Kathleen L. DeSoto
United States Magistrate Judge
Missoula, Montana

1